**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

MATTHEW JOSEPH HINES,

Petitioner,

v. Action No. 2:26cv46

WARDEN, FCI PETERSBURG MEDIUM,

Respondent.

# ORDER

On January 14, 2026, petitioner Matthew Joseph Hines ("Hines"), a federal inmate, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the Bureau of Prisons' failure to properly calculate his earned good time credits. ECF No. 1.

The Magistrate Judge's Report and Recommendation filed September 14, 2026, recommends that respondent's motion for summary judgment, ECF No. 6, be granted and the petition for a writ of habeas corpus, ECF No. 1, be denied and dismissed with prejudice because Hines was not entitled to have First Step Act credits applied to his sentence due to his recidivism level and failure to obtain an exception from the Warden. ECF No. 10. Hines objected to the findings and recommendations made by the Magistrate Judge on September 25, 2026. ECF No. 11.

The Court, having reviewed the record and examined the objections filed by Hines to the report and recommendation, and having made *de novo* findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the report and recommendation. It is therefore **ORDERED** that respondent's motion for summary

judgment, ECF No. 6, is **GRANTED** and the petition for a writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE**.

Hines is **ADVISED** that he may appeal from the judgment entered pursuant to this Final Order by filing **a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.**

The Clerk shall mail a copy of this final order to Hines and counsel of record for respondent.

/s/

**Mark S. Davis**
**United States District Judge**

Mark S. Davis
United States District Judge

Norfolk, Virginia
October 15, 2026